**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:22-CR-00047 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE JONATHAN D. |
| | ) | GREENBERG |
| EMANUEL SANDERS, | ) | |
| | ) | **ORDER ADOPTING MAGISTRATE** |
| Defendant. | ) | **JUDGE'S REPORT AND** |
| | ) | **RECOMMENDATION** |

On February 17, 2022, Defendant was charged with being a felon in possession of a firearm and ammunition and possession of a firearm by a person with a prior misdemeanor domestic violence conviction.  (ECF No. 1, Indictment).  On January 3, 2023, Defendant was sentenced to a term of 56 months custody, three years supervised release with mandatory and special conditions (including an alcohol-use restriction), and a $100 special assessment.[1]  (ECF No. 26, Judgment). His sentence was later reduced to 44 months custody, with the remainder of his sentence to remain the same.  (ECF No. 39).  Defendant began his period of supervised release on June 30, 2025. (Violation Report dated Dec. 1, 2025).[2]

The December 1, 2025 Violation Report includes one violation—on November 29, 2025, Defendant was stopped and charged with having weapons under disability (F3), receiving stolen property (F4), firearms in a motor vehicle (F4), and drug abuse (F5).  (*Id.*).  The January 13, 2026 Superseding Violation Report states three violations.  First, Defendant's supervising probation officer informed the Court that Defendant was indicted in the Summit County Court of Common

---

[1] The Government dismissed Count II, possession of a firearm by a person with a prior misdemeanor domestic violence conviction, pursuant to a written plea agreement (ECF No. 14).

[2]  Two Superseding Violation Reports followed: the first on January 13, 2026, and the second on June 17, 2026.

1

Pleas for aggravated possession of drugs (F5).  (Superseding Violation Report dated Jan. 13, 2026).

Second, Defendant was in constructive possession of a firearm during the November 29, 2025

traffic stop.  (*Id.*).  Third, Defendant admitted during the traffic stop that he was intoxicated, thus

violating the alcohol-use restriction.

The Second Superseding Violation Report dated June 17, 2026, reduced Defendant's

violations from three to two.  Regarding the new law violation, Defendant's supervising probation

officer informed the Court that Defendant pleaded guilty to aggravated possession of drugs (F5)

in the Summit County Common Pleas Court matter.  (Superseding Violation Report dated Jun. 17,

2026).  The probation officer removed violation two—constructive possession of a firearm—to

reflect the dismissal of charges related to the firearm allegedly found during the traffic stop.  (*Id.*).

The third violation for unauthorized use of alcohol remains.  (*Id.*).

The Court referred the matter to Magistrate Judge Jonathan Greenberg "to conduct the

appropriate proceedings except for sentencing, if sentencing is necessary.  If a revocation hearing

is required, the assigned Magistrate Judge is to conduct the hearing and then file a report and

recommendation."  (ECF No. 43).  Defendant was arrested on December 2, 2025, and ordered

detained the next day.  (ECF No. 47).

Magistrate Judge Greenberg held a preliminary revocation hearing on April 20, 2026, and

prepared a Report and Recommendation (R&R) on the same date.  (Minutes of proceedings [non-

document] dated Apr. 20, 2026 ; ECF No. 54).  Defendant was present with his counsel, was

advised of the allegations in the aforementioned reports, and was advised of his rights.  (ECF No.

54, PageID #253).  Defendant indicated that he understood his rights, waived same, and admitted

violations #1 and #3 in the Superseding Violation Report.  (*Id.*).  The Government moved to

dismiss violation #2.  (*Id.*).

In the R&R, Magistrate Judge Sheperd recommends that the Court accept Defendant's

2

admissions and adjudge him guilty of the violations.  (*Id*.).  No objections to the R&R were filed.  On review of the record, the Court adopts the R&R.  Defendant knowingly, voluntarily, and intelligently admitted to violations #1 and #3as charged in the Superseding Violation Report and is adjudged guilty of violating his supervised release.  Alleged violation #2 in the Superseding Violation Report is **DISMISSED**.  Sentencing is set for July 20, 2026, at 11:00 AM in Courtroom 17A.

**IT IS SO ORDERED.**

**Date: June 30, 2026**

_____

**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**